DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HEATHER LYNN MACDOUGALL,**
Appellant,

v.

**WILLIAM TODD JENSEN,**
Appellee.

No. 4D19-1438

[November 19, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 502011DR001612.

Eddie Stephens and Gina Marie Szapucki of Ward, Damon, Posner, Pheterson & Bleau, West Palm Beach, for appellant.

Jason R. Marks and Ashley P. Frankel of Kluger, Kaplan, Silverman, Katzen & Levine, P.L., Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*